### Henry T. McMILLAN et al., Plaintiffs-Appellees,

v.

### ESCAMBIA COUNTY, FLORIDA, et al., Defendants-Appellants.

No. 80–5011.

United States Court of Appeals, Fifth Circuit.

Feb. 19, 1981.

Richard I. Lott, County Atty., Ray, Patterson & Kievit, P.A., Pensacola, Fla., Rhyne & Rhyne, William S. Rhyne and

Charles S. Rhyne, Washington, D. C., for defendants-appellants.

Blacksher, Menefee & Stein, P.A., J. U. Blacksher, Mobile, Ala., Kent Spriggs, Tallahassee, Fla., Jack Greenberg, New York City, Edward Still, Birmingham, Ala., for plaintiffs-appellees.

Before COLEMAN, PECK * and KRAVITCH, Circuit Judges.

KRAVITCH, Circuit Judge:

This is an appeal from the remedy ordered by the district court to correct the found unconstitutionality of the system for electing county commissioners. Because we held today in No. 78–3507, 638 F.2d 1239, that the at-large system for electing county commissioners is not unconstitutional, the order appealed from is hereby VACATED.